IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-812-AP

MICHELLE D. LAMBRECHT,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Katherine E. Conahan, Esq.
Sawaya, Rose & Sawaya
1600 Ogden
Denver, CO 80218
(303) 839-1650
Kconahan@sawayalaw.com

For Defendant:
Michele M. Kelley
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0812
(303) 844-0770 (facsimile)
Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** May 2, 2005

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** May 5, 2005

    **C.**    **Date Answer and Administrative Record Were Filed:** June 30, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties intend to submit no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

No other matters need be brought to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:** September 5, 2005

    **B.**    **Defendant's Response Brief Due:** October 5, 2005

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** October 20, 2005

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 27th day of July, 2005.

                                                 BY THE COURT:

                                                 S/**John L. Kane**
                                                 Senior Judge, United States District Court

APPROVED:

                                             UNITED STATES ATTORNEY

s/ Katherine E. Conahan                 s/ Michele M. Kelley
Katherine E. Conahan, Esq.           By: Michele M. Kelley
Sawaya, Rose & Sawaya               Special Assistant U.S. Attorney
1600 Ogden
Denver, CO 80218                       *Mailing Address:*
Telephone: (303) 839-1650           1961 Stout St., Suite 1001A
kconahan@sawayalaw.com             Denver, Colorado 80294
                                                Telephone: (303) 844-0812
                                                Facsimile: (303) 844-0770
Attorney for Plaintiff                     michele.kelley@ssa.gov

                                                *Street Address:*
                                                United States Attorney's Office
                                                1225 Seventeenth Street, Suite 700
                                                Denver, Colorado 80202
                                                Telephone: (303) 454-0100

                                                Attorney for Defendant