UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  05-cv-00812-WDM

MICHELLE D. LAMBRECHT,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER FOR ATTORNEYS' FEES

Miller, J.

    Subject to my approval, the parties have stipulated to an award of attorneys' fees and expenses to plaintiff's counsel in the amount of $3,200 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  After review of the result in this case, I now approve that award.

    Accordingly, it is ordered:

1. The stipulated motion for an award of attorney fees, filed October 5,  2006, is granted.

2.      Counsel for plaintiff is awarded attorneys' fees and expenses in the total amount of $3,200.

DATED at Denver, Colorado, on October 6, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge